USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - X

CASA VINICOLA CARPINETO DI SACCHET
GIOVANNI CARLO E.C. - S.N.C.,

    Plaintiff,

v.

BACCHUS IMPORTS, INC. DBA SOILAIR
SELECTION and FATTORIA CARPINETA
FONTALPINO SOCIETA AGRICOLA DI
FILIPPO E GIOIA CRESTI - S.R.L.,

    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - X

Civil Action No. 1:12-CV-07607(MGC)

STIPULATION OF DISMISSAL
WITHOUT PREJUDICE

    The parties, by their respective counsel, hereby stipulate pursuant to Rule 41 (a)(1)(A)(ii) Federal Rules of Civil Procedure, that the claims and counterclaims in the above action shall be dismissed without prejudice, with each party to bear its own costs and counsel fees.

Dated: May 21, 2015

AMSTER, ROTHSTEIN & EBENSTEIN LLP

By: _____
Daniel Ebenstein
Marc J. Jason
Holly Pekowsky
90 Park Avenue
New York, New York 10016
Tel: (212) 336-8000
Attorneys for Plaintiff

Dated: May 21, 2015

GOTTLIEB, RACKMAN & REISMAN, P.C.

By: _____
Maria A. Savio
270 Madison Avenue, 8th Floor
New York, New York 10016
Tel: (212) 684-3900
Attorneys for Defendants

604535.1

Case Closed, So ordered, May 26, 2015
S/
United States District Judge